

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-94,186-01

### EX PARTE MELVIN GEORGE QUINNEY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1990CR4339-W1 IN THE 227TH DISTRICT COURT
### FROM BEXAR COUNTY

*Per curiam*. YEARY, J. dissented.

## O P I N I O N

Applicant was convicted of indecency with a child and sentenced to twenty years' imprisonment. The Fourth Court of Appeals affirmed his conviction. *Quinney v. State*, No. 04-91-00541-CR (Tex. App. — San Antonio May 27, 1992) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends, among other things, that he is actually innocent. Based on the record, the trial court has determined that Applicant has established by clear and convincing evidence that he is actually innocent.

We agree. Relief is granted. *Ex parte Elizondo*, 947 S.W.2d 202 (Tex. Crim. App. 1996);

*Ex parte Tuley*, 109 S.W.3d 388 (Tex. Crim. App. 2002). The judgment in cause number 90-CR-4339 in the 227th District Court of Bexar County is set aside, and Applicant is remanded to the custody of the Sheriff of Bexar County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: February 15, 2023
Do not publish